COLLINSON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1899.) Action by Thomas Collinson, Sr., against the city of New York. No opinion. Judgment and order affirmed, with costs, on the authority of Keane v. Village of Waterford, 130 N. Y. 188, 29 N. E. 130. CULLEN and HATCH, JJ., dissent.

---

COOK, Respondent, v. WHITE, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 20, 1899.) Action by Sarah Cook against Joseph White, James Conroy, and others.

PER CURIAM. There is no necessity for the incorporation in the judgment of this court of the opinion delivered, unless the effect of the opinion is to limit or to qualify the judgment rendered by the court. This is not such a case. The verdict at trial term was directed. Therefore the case does not come within the constitutional provision forbidding the review of a unanimous determination of this court that the evidence was sufficient to support the verdict. If, on the whole case, there was any question that properly should have been submitted to the jury, the judgment will be reversed; and nothing contained in the opinion by us can in any way limit or increase the right of the appellant to such reversal. Motion to resettle judgment denied. See 60 N. Y. Supp. 153.

---

COON, Respondent, v. COON, Appellant. (Supreme Court, Appellate Division, Third Department. September 19, 1899.) Action by Jeannie Coon against Allison M. Coon. No opinion. Order modified, by striking therefrom the item of $180 for past expenses, on authority of Beadleston v. Beadleston, 103 N. Y. 402, 8 N. E. 735, and Winkemeier v. Winkemeier, 11 App. Div. 199, 42 N. Y. Supp. 586, and, as so modified, affirmed, without costs of this appeal.

---

COTTLE et al., Appellants, v. CITY OF BUFFALO et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 27, 1899.) Action by Octavius O. Cottle and another, as executors, etc., against the city of Buffalo, impleaded, etc. No opinion. Order reversed, without costs of the appeal to either party, and interlocutory judgment vacated.

---

CRAIN, Appellant, v. BRANNAN, Respondent. (Supreme Court, Appellate Division, Third Department. September 19, 1899.) Action by Alpheus A. Crain against Du Bois J. Brannan. No opinion. Judgment of the county court affirmed, with costs.

---

CROWLEY, Respondent, v. CROWLEY, Appellant. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Action by Nora Crowley against Michael Crowley. No opinion. Motion to dismiss appeal granted, unless within 20 days from the service of the order the appellant pays the allowance made by the order of July 22, 1899.

---

CROWLEY v. SAXTON. (Supreme Court, Appellate Division, First Department. October 20, 1899.) Action by John Crowley against Benjamin F. Saxton. No opinion. Motion granted, with $10 costs.

---

C. & C. ELECTRIC CO. v. SIRE. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by the C. & C. Electric Company against Henry B. Sire. No opinion. Motion granted, with $10 costs.

---

DAHL, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division. Second Department. October 3, 1899.) Action by Augusta Dahl against the Nassau Electric Railroad Company. No opinion. Order reversed, on argument, with $10 costs and disbursements to appellant to abide the event of the action.

---

DE CAMP, Appellant, v. BURNS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by William S. De Camp, individually, etc., against Edward M. Burns and another. No opinion. Judgment and order affirmed, with costs. See 53 N. Y. Supp. 1035.

---

DESBECKER et al., Respondents, v. McFARLINE, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 20, 1899.) Action by Benjamin Desbecker and others against James A. McFarline, as sheriff of Wyoming county. No opinion. Motion denied, with $10 costs. See 59 N. Y. Supp. 439.

---

DESBECKER et al., Respondents, v. WARTH, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Benjamin Desbecker and others against Appolonia Warth, individually and as executrix, etc., and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on condition that the plaintiffs' attorney stipulate in writing that the testimony of defendants' witnesses may be taken before a referee in Richmond county, after the close of plaintiffs' case, in accordance with the stipulation given in open court on the argument of the appeal herein. Order to be settled by Mr. Justice SMITH on two days' notice.

---

DEVLIN v. HINMAN. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by John Devlin against Mary E. Hinman.

PER CURIAM. Motion to resettle order granted, by striking therefrom reference to all papers except those contained in the printed record upon appeal. Motion for leave to appeal to the court of appeals upon the proposed resettled order denied, but leave granted to appeal from the order as now directed to be resettled.